UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JOSE ALBERT MARQUEZ (2),<br><br>               Defendant. | Case No. 02CR0878-L<br><br>**ORDER AND JUDGMENT TO DISMISS** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case be dismissed without prejudice as to defendant JOSE ALBERT MARQUEZ.

**SO ORDERED.**

DATED: November 18, 2011

                                            M. James Lorenz
                                            United States District Court Judge